# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| HOLGATE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY, a Delaware corporation,<br><br>Defendant. | Case No. CV-23-88-GF-BMM<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties Stipulation for Dismissal with Prejudice (Doc. 30 ), and for good cause appearing,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorneys' fees.

DATED this 7th day of October, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1